# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

George Arthur Flournoy
Flournoy, Doggett & Losavio
1239 Jackson Street
Alexandria LA 71301

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on June 12, 2019 |

## REHEARING ACTION: June 12, 2019

**Docket Number: 18   00857-WCA**

**ELAINE MITCHELL**
**VERSUS**
**ALLIANCE COMPRESSORS**

**Appealed from Office of Workers' Compensation - # 2 Case No. 17-00135**

**BEFORE JUDGES:**

> **Hon. Elizabeth A. Pickett**
> **Hon. Phyllis M. Keaty**
> **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Elaine Mitchell** has this day been

> **DENIED.**

cc: Samuel Newman Poole  Jr., Counsel for the Appellee
    M. Allison Johnson, Counsel for the Appellee